UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LUCILLE DeANGELES and
FRANK DeANGELES, Plaintiffs

CIVIL ACTION NO: 3:11-CV-01239

v.

Magistrate Judge Blewitt

CLK MULTIFAMILY MANAGEMENT, LLC.
Defendant

REPORT OF MEDIATION

Date of Mediation: June 7, 2012

Location: Office of Doughertey, Leventhal & Price, L.L.P., Moosic, Pa.

Participants:
    For Plaintiffs: Paul T. Oven, Esq.
    Plaintiffs were present and participated.
    For Defendant: Thomas Geroulo, Esq.
    Representative of insurance carrier available by telephone.

Mediator: Laurence M. Kelly, Attorney at Law

Result: Mediation successful. Case settled for an acceptable amount. Parties will accomplish formalities and discontinuance of action without unnecessary delay.

Respectfully submitted,

/s/ Laurence M. Kelly
LAURENCE M. KELLY
Kelly Law Office
65 Public Avenue
Montrose PA 18801
570-278-3861 office
570-278-3112 fax
570-396-8247 cell